UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SCOT T. GOLDMAN,

                 Plaintiff,

-against-

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
                 Defendant.
-----------------------------------------------------------X

18 CIVIL 6891 (KMK)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 13, 2020, having reviewed the R&R for clear error and finding none, the R&R is adopted in its entirety. Plaintiff's motion for judgment on the pleadings is denied, and the Commissioner's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York

       February 13, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                     **BY:**

                                              **Deputy Clerk**